JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MIERAU, as an individual; and NEFF CONSTRUCTION, INC. a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIVERSIDE COUNTY OFFICE OF EDUCATION, JUDY WHITE, in her individual capacity; EDWIN GOMEZ, in his official capacity as Superintendent of Riverside County Office of Education, and DOES 1 through 10, inclusive, <br><br> Defendants, | Case No. 5:22-cv-00096-JWH-KK <br><br> **JUDGMENT** |

Pursuant to the "Order Regarding Defendant's Motion to Dismiss the Fourth Amended Complaint [ECF No. 68]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the Fourth Amended Complaint [ECF No. 65] of Plaintiffs Edward Mierau and Neff Construction (jointly, "Plaintiffs").

3. Defendants Riverside County Office of Education and Edwin Gomez were previously **DISMISSED** as parties in this case.

4. Fictitiously named Defendants Does 1 through 10, inclusive, are **DISMISSED**.

5. Defendant Judy White shall have **JUDGMENT** entered in her **FAVOR**, and **AGAINST** Plaintiffs. Plaintiffs shall take nothing by way of their Fourth Amended Complaint.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 13, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE